1  Robert Spagat (SBN: 157388)
   rspagat@winston.com
2  Allison M. Dibley (SBN: 213104)
   adibley@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA  94111-5802
   Telephone:    (415) 591-1000
5  Facsimile:    (415) 591-1400

6  Attorneys for Defendant
   ABBOTT LABORATORIES, improperly sued as
7  ABBOTT LABORATORIES, INC.

8  William Green (SBN:  129816)
   DELFINO GREEN & GREEN
9  1010 B Street, Suite 320
   San Rafael, CA  94901
10 Telephone:    415-442-4646
   Facsimile:    415-442-4802
11 Email: bill@dgglaw.com

12 Attorneys for Plaintiff
   SAMI HAMADE

** E-Filed 06/01/09 **

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE BRANCH**

| | |
|---|---|
| SAMI HAMADE, | ) **Case No. C09-01873 HRL** |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER REGARDING SUBSTITUTION** |
| vs. | ) **OF NAMED DEFENDANT AND** |
| | ) **REGARDING EXTENSION OF TIME FOR** |
| ABBOTT LABORATORIES, INC., | ) **FILING RESPONSE TO PLAINTIFF'S** |
| | ) **COMPLAINT** |
| Defendant. | ) |
| | ) Date Action Filed:    April 29, 2009 |

This Stipulation is entered into by and among Plaintiff Sami Hamade ("Plaintiff") and

Defendant, Abbott Laboratories (incorrectly named "Abbott Laboratories, Inc." in the caption)

("Abbott"), through their respective attorneys of record.

WHEREAS on April 29, 2009, Plaintiff filed a Complaint in the above-referenced matter;

and

*Winston & Strawn LLP*
*101 California Street*
*San Francisco, CA 94111-5802*

1

WHEREAS, Plaintiff improperly named the defendant in this ERISA action.  The true and correct name of the defendant in this matter is The Abbott Severance Pay Plan For Former U.S. Guidant Employees, 2006 Edition (the "Plan"); and

WHEREAS, Local Civil Rule 6-1 allows the parties to stipulate to extend the deadline to answer or otherwise respond to the Plaintiff's Complaint without court order; and

WHEREAS, the Plan needs until June 15, 2009 to respond to the Complaint.

IT IS THEREFORE HEREBY STIPULATED by and among the parties that:

1.     The Plan shall be substituted for Abbott Laboratories, Inc. as the correctly named Defendant in this matter.

2.     The Plan's response to the Complaint is due on June 15, 2009.

Dated:  May 22, 2009                          WINSTON & STRAWN LLP


                                              By:    /s/
                                                     Robert Spagat
                                                     Allison M. Dibley

                                                     Attorneys for Defendant
                                                     THE ABBOTT SEVERANCE PAY
                                                     PLAN FOR FORMER U.S.
                                                     GUIDANT EMPLOYEES, 2006
                                                     EDITION


Dated:  May 21, 2009                          DELFINO GREEN & GREEN


                                              By:    /s/
                                                     William Green, Esq.

                                                     Attorney for Plaintiff
                                                     SAMI HAMADE

                                [PROPOSED] ORDER

IT IS SO ORDERED.

Date:  May 30, 2009

                                              HON. HOWARD R. LLOYD
                                              United States District Court Magistrate Judge

2

SF:251022.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802