Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jtorres@winston.com
       sfrederick@winston.com

Jeffrey Bosley (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jbosley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| SAMI HAMADE, | Case No. C09-01873 JW |
| Plaintiff, | [~~PROPOSED~~] ORDER ENTERING STIPULATION REGARDING EXTENSION OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION |
| vs. | |
| THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION, | Date Action Filed: April 29, 2009 |
| Defendant. | |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The deadline to complete ENE is extended until March 1, 2010.

IT IS SO ORDERED.

Date: November 20, 2009

HON. JAMES WARE
United States District Court DISTRICT Judge

---

1

[PROPOSED] ORDER ENTERING STIPULATION REGARDING EXTENSION OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION CASE NO. 5:09-cv-01873 JW

CHI:2329966.1