Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email: jtorres@winston.com
          sfrederick@winston.com

Jeffrey Bosley (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: jbosley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE BRANCH

| | |
|---|---|
| SAMI HAMADE,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE ABBOTT SEVERANCE PAY PLAN<br>FOR FORMER U.S. GUIDANT<br>EMPLOYEES, 2006 EDITION,<br><br>            Defendant. | Case No. C09-01873 JW<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATION REGARDING EXTENSION OF DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION<br><br>Date Action Filed:    April 29, 2009 |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1.    The deadline to complete ENE is extended until March 1, 2010.

IT IS SO ORDERED.

Date:    November 20, 2009

*James Ware*
HON. JAMES WARE
United States District Court DISTRICT    Judge

1

[PROPOSED] ORDER ENTERING STIPULATION REGARDING EXTENSION OF DEADLINE TO COMPLETE
EARLY NEUTRAL EVALUATION  CASE NO. 5:09-cv-01873 JW

CHI:2329966.1