Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:   312-558-5600
Facsimile:   312-558-5700
Email: jtorres@winston.com
       sfrederick@winston.com

Jeffrey Bosley (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: jbosley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/29/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| SAMI HAMADE, | Case No. C09-01873 JW |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME FOR HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| vs. | |
| THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION, | |
| Defendant. | Date Action Filed:   April 29, 2009 |

This Stipulation is entered into by and among Plaintiff, Sami Hamade ("Plaintiff"), and Defendant, The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

WHEREAS Local Civil Rule 6-2 allows the Parties to file a stipulation requesting an order to extend the deadlines in a case.  Pursuant to Local Rule 6-2, the Parties submit the following stipulation:

1.     On October 1, 2009, the Court entered an Order in the above-referenced matter setting a hearing date of April 19, 2010 on the Parties' cross-motions for summary judgment based on the administrative record.  This Order also stated that the deadline for the motions would be in accordance with the Local Rules.

1

STIPULATION REGARDING EXTENSION OF DEADLINES
CASE NO. 5:09-cv-01873 JW

2. On August 11, 2009, the Court entered an Order selecting Early Neutral Evaluation ("ENE") as the preferred ADR process in this case and on November 20, 2009, this Court entered an Order extending the ENE deadline to March 1, 2010.

3. Both Parties have encountered conflicts with the current schedule. Specifically, the attorneys for the Plan have a trial scheduled in the Eastern District of North Carolina during the current briefing schedule. Therefore, the Parties stipulate to, and ask the Court to enter, an Order extending the date to complete ENE, the date to file cross-motions for summary judgment, and the hearing date as follows:

- March 31, 2010    ENE Deadline
- May 5, 2010    filing of cross-motions for summary judgment
- May 26, 2010    filing of responses to cross-motions for summary judgment
- June 2, 2010    filing of replies, if any, to cross-motions for summary judgment
- Hearing date anytime after June 2, 2010

4. The Parties previously stipulated to an extension of time to complete early neutral evaluation on November 9, 2009.

IT IS THEREFORE HEREBY STIPULATED by and among the Parties that:

1. The deadline to complete ENE is extended until March 31, 2010.

2. The deadline to file cross-motions for summary judgment is extended until May 5, 2010; responses extended to May 26, 2010; replies, if any, extended to June 2, 2010.

3. The hearing is set for **June 21, 2010 at 9:00 AM.**

Dated: January 26, 2010    WINSTON & STRAWN LLP

By:  s/ Joseph J. Torres
     Joseph J. Torres

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY
PLAN FOR FORMER U.S.
GUIDANT EMPLOYEES, 2006
EDITION

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

Dated: January 26, 2010                    DELFINO GREEN & GREEN

                                          By:   s/ William Green
                                                  William Green

                                                  Attorney for Plaintiff
                                                  SAMI HAMADE

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED ABOVE.

Date:  January 29, 2010   _____
HON. JAMES WARE
United States District Court Judge