| | |
|---|---|
| Joseph J. Torres (Admitted *Pro Hac Vice*) | Jeffrey Bosley (SBN: 157388) |
| Sheila P. Frederick (Admitted *Pro Hac Vice*) | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 101 California Street |
| 35 West Wacker Drive | San Francisco, California 94111-5894 |
| Chicago, Illinois 60601 | Telephone:   415-591-1000 |
| Telephone:   312-558-5600 | Facsimile:   415-591-1400 |
| Facsimile:   312-558-5700 | Email: jbosley@winston.com |
| Email: jtorres@winston.com | |
|        sfrederick@winston.com | |

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | | |
|---|---|---|
| SAMI HAMADE, | ) | **Case No. C09-01873 JW** |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **EXTENSION OF TIME FOR EARLY** |
| vs. | ) | **NEUTRAL EVALUATION AND** |
| | ) | **[PROPOSED] ORDER** |
| THE ABBOTT SEVERANCE PAY PLAN | ) | |
| FOR FORMER U.S. GUIDANT | ) | Date Action Filed:   April 29, 2009 |
| EMPLOYEES, 2006 EDITION, | ) | |
| | ) | |
| Defendant. | ) | |

This Stipulation is entered into by and among Plaintiff, Sami Hamade ("Plaintiff"), and Defendant, The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

WHEREAS Local Civil Rule 6-2 allows the Parties to file a stipulation requesting an order to extend the deadlines in a case. Pursuant to Local Rule 6-2, the Parties submit the following stipulation:

1. On August 11, 2009, the Court entered an Order selecting Early Neutral Evaluation ("ENE") as the preferred ADR process in this case. The current deadline to complete ENE is March 31, 2010.

2. Both Parties encountered conflicts with the ENE schedule and, therefore, the Parties

1

have been unable to complete the ENE process at this time.  However, the Parties have been in contact with the evaluator and plan to participate in the ENE or explore settlement amongst themselves prior to the deadline to file cross motions for summary judgment.

3. The deadline to file cross motions for summary judgment is May 5, 2010, and the Parties plan to complete the ENE before this date.

4. The Parties stipulate to, and ask the Court to enter, an Order extending the date to complete ENE until May 3, 2010.

5. The Parties previously stipulated to extensions of time to complete early neutral evaluation on November 9, 2009 and January 26, 2010.

IT IS THEREFORE HEREBY STIPULATED by and among the Parties that:

1. The deadline to complete ENE is extended until May 3, 2010

Dated: March 26, 2010                    WINSTON & STRAWN LLP

By:  /s/ Joseph J. Torres
     Joseph J. Torres

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY
PLAN FOR FORMER U.S.
GUIDANT EMPLOYEES, 2006
EDITION

Dated: March 26, 2010                    DELFINO GREEN & GREEN

By:  /s/ William Green
     William Green

Attorney for Plaintiff
SAMI HAMADE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 5, 2010

*James Ware*
HON. JAMES WARE
United States District Court Judge