William Green-SBN 129816
Sharon Delfino Green-SBN 133703
Jennifer de la Campa-SBN 236524
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff,
SAMI HAMADE

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*4/22/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| SAMI HAMADE<br><br>    Plaintiff,<br><br>V.<br><br>THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION,<br><br>    Defendant. | Case No.:  C09-01873 JW<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER**<br><br>Date Action Filed:  April 29, 2009 |

   This Stipulation is entered into by and among Plaintiff, Sami Hamade ("Plaintiff"), and Defendant, The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

   WHEREAS, Local Civil Rule 6-2 allows the Parties to file a stipulation requesting an order to extend the deadlines in a case. Pursuant to Local 6-2, the Parties submit the following stipulation:

   1.   On October 1, 2009, the Court entered an Order in the above-referenced matter setting a hearing date of April 19, 2010 on the Parties cross-motions for summary judgment

*STIPULATION REGARDING EXTENSION OF DEADLINES*                              *CASE NO. C09-01873 JW*

1

based on the administrative record.  This Order also stated that the deadlines for the motions would in accordance with the Local Rules.

      2.      On August 11, 2009, the Court entered and Order selecting Early Neutral Evaluation ("ENE") as the preferred ADR process in this cased and on November 20, 2009, this Court entered an Order extending the ENE deadline to March 1, 2010.

      3.      On November 20, 2009 pursuant to stipulation between the Parties, the Court Ordered the deadline to complete the ENE extended until March 1, 2010.

      4.      On January 29, 2010 pursuant to stipulation between the Parties, the Court entered an Order extending the deadline for the Parties to complete the ENE until March 31, 2010.  The Court further Ordered the deadline to file cross-motions for summary judgment extended to May 5, 2010, the filing of responses to cross-motions for summary judgment to May 26, 2010 and the filing of replies, if any, to cross-motions for summary judgment to June 2, 2010.  The hearing date was set for June 21, 2010 at 9:00 am.

      5.      On March 26, 2010 pursuant to stipulation between the Parties, the Court entered an Order extending the date to complete the ENE to May 3, 2010.

      6.      Attorney for Plaintiff has encountered a conflict with the current schedule.  Specifically, Plaintiff's attorney has a trial scheduled in Marin County Superior Court during the current briefing schedule in addition to a long planned vacation.  The Parties have been in contact with the evaluator and plan to participate in the ENE prior to the May 3, 2010 date.  The Parties will continue to discuss settlement amongst them selves.  Accordingly, the Parties stipulate to, and ask the Court to enter, an Order extending the date to file cross-motions for summary judgment and the hearing date as follows:

| | |
|---|---|
| June 18, 2010 | filing of cross-motions for summary judgment |
| July 9, 2010 | filing of responses to cross-motions for summary judgment |
| July 16, 2010 | filing of replies, if any, to cross-motions for summary judgment |
| Hearing date | To be set |

*STIPULATION REGARDING EXTENSION OF DEADLINES*          *CASE NO. C09-01873 JW*

IT IS THEREFORE HEREBY STIPULATED by and among the Parties that:

1. The deadline to file cross-motions for summary judgment is extended until June 18, 2010; responses extended to July 9, 2010; replies if any, are extended to July 16, 2010.

2. The hearing is set for __September 27__, 2010 at 9:00 AM.

Dated: _____, 2010        DELFINO GREEN & GREEN

                                 By: _____
                                 Attorneys for Plaintiff
                                 SAMI HAMADE

Dated: _____, 2010        WINSTON & STRAWN LLP

                                 By: _____
                                 Attorneys for Defendant
                                 THE ABBOTT SEVERANCE PAY PLAN
                                 FOR FORMER US GUIDANT
                                 EMPLOYEES, 2006 EDITION

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
No further requests for extension shall be permitted.

Date: _____April 22_____, 2010      _/s/ James Ware_____
                                      HON. JAMES WARE
                                      United States District Judge

*STIPULATION REGARDING EXTENSION OF DEADLINES*                *CASE NO. C09-01873 JW*

3