
| | |
|---|---|
| Joseph J. Torres (Admitted *Pro Hac Vice*) | Jeffrey Bosley (SBN: 157388) |
| Sheila P. Frederick (Admitted *Pro Hac Vice*) | WINSTON & STRAWN LLP |
| WINSTON & STRAWN LLP | 101 California Street |
| 35 West Wacker Drive | San Francisco, California  94111-5894 |
| Chicago, Illinois  60601 | Telephone:    415-591-1000 |
| Telephone:    312-558-5600 | Facsimile:    415-591-1400 |
| Facsimile:    312-558-5700 | Email:  jbosley@winston.com |
| Email: jtorres@winston.com | |
|          sfrederick@winston.com | |

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE BRANCH

| | |
|---|---|
| SAMI HAMADE, | **Case No. C09-01873 JW** |
| Plaintiff, | **STIPULATION REGARDING CONTINUATION OF TIME FOR EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER** |
| vs. | |
| THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION, | Date Action Filed:    April 29, 2009 |
| Defendant. | |

This Stipulation is entered into by and among Plaintiff, Sami Hamade ("Plaintiff"), and Defendant, The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

WHEREAS Local Civil Rule 6-2 allows the Parties to file a stipulation requesting an order to extend the deadlines in a case.  Pursuant to Local Rule 6-2, the Parties submit the following stipulation:

1.     On August 11, 2009, the Court entered an Order selecting Early Neutral Evaluation ("ENE") as the preferred ADR process in this case.  The current deadline to complete ENE is May 3, 2010.

2.     On April 22, 2010, this Court entered a **final** extension regarding the time to file cross

1

motions for summary judgment until June 18, 2010; responses by July 9, 2010; replies by July 16, 2010; and a hearing date of September 27, 2010.

3. On April 22, 2010, the Parties initiated the ENE process and participated in a conference call with the evaluator.

4. The Parties and the evaluator determined that ENE process will be most effective if completed after the Parties have briefed summary judgment. The Parties also anticipate exploring settlement amongst themselves prior to the deadline to file cross motions for summary judgment.

5. Therefore, the Parties stipulate to, and ask the Court to enter, an Order continuing the date to complete ENE until September 27, 2010.

6. The Parties previously stipulated to extensions of time to complete early neutral evaluation on November 9, 2009, January 26, 2010, and March 26, 2010.

IT IS THEREFORE HEREBY STIPULATED by and among the Parties that:

1. The final deadline to complete ENE is extended and continued until September 27, 2010.

Dated: April 27, 2010                               WINSTON & STRAWN LLP

                                                    By:   /s/ Joseph J. Torres
                                                          Joseph J. Torres

                                                    Attorneys for Defendant
                                                    THE ABBOTT SEVERANCE PAY
                                                    PLAN FOR FORMER U.S.
                                                    GUIDANT EMPLOYEES, 2006
                                                    EDITION


Dated: April 27, 2010                               DELFINO GREEN & GREEN

                                                    By:   /s/ William Green
                                                          William Green

                                                    Attorney for Plaintiff
                                                    SAMI HAMADE

2
STIPULATION REGARDING EXTENSION OF TIME FOR EARLY NEUTRAL EVALUATION
CASE NO. 5:09-cv-01873 JW

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 29, 2010

_____
HON. JAMES WARE
United States District Court Judge