Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jtorres@winston.com
       sfrederick@winston.com

Jeffrey Bosley (SBN: 157388)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: jbosley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

William Green (SBN: 129816)
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: 415-442-4646
Facsimile: 415-442-4802
Email: bill@dgglaw.com

Attorney for Plaintiff
SAMI HAMADE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE BRANCH**

| | |
|---|---|
| SAMI HAMADE, | Case No. C09-01873 JW |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE, AND [PROPOSED] ORDER** |
| vs. | **[F.R.C.P. 41(a)(1)]** |
| THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION, | Date Action Filed: April 29, 2009 |
| Defendant. | |

This Stipulation is entered into by and among Plaintiff, Sami Hamade ("Plaintiff"), and Defendant, The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

WHEREAS, on April 29, 2010, Plaintiff filed a Complaint in the above-referenced matter, alleging that he was entitled to certain severance benefits; and

WHEREAS, the Parties have agreed to resolve this matter through a Settlement Agreement

1  (the "Agreement"), and desire to avoid any future disputes.

2  NOW THEREFORE, IT IS STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter should be dismissed with prejudice pursuant to FRCP 41(a)(1), with each side to bear its own costs and attorneys' fees.

Dated: November 8, 2010                    WINSTON & STRAWN LLP

                                           By:   /s/ Joseph J. Torres
                                                 Joseph J. Torres

                                           Attorneys for Defendant
                                           THE ABBOTT SEVERANCE PAY
                                           PLAN FOR FORMER U.S.
                                           GUIDANT EMPLOYEES, 2006
                                           EDITION

Dated: November 8, 2010                    DELFINO GREEN & GREEN

                                           By:   /s/ William Green
                                                 William Green

                                           Attorney for Plaintiff
                                           SAMI HAMADE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close this file.

Date: November 12, 2010

_____
HON. JAMES WARE
United States District Court Judge